# Exhibit 3 - Part 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-120-665

**Effective Date of Registration:**
May 24, 2018

*Acting United States Register of Copyrights and Director*

## Title
_____

**Title of Work:** Snowman Manny (Christmas Collection)

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
_____

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification
_____

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tayle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-061-256**
**Effective Date of Registration:**
February 28, 2017

## Title _____

**Title of Work:** SITTING HUSKY

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author _____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions _____

**Name:** Mark B. Mizrahi
**Email:** mmizrahi@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification _____

**Name:** Jonathan Kelly, President
**Date:** February 28, 2017
**Applicant's Tracking Number:** 18528-052

**Registration #:** VA0002061256
**Service Request #:** 1-4485192843

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-061-278**

**Effective Date of Registration:**
February 28, 2017

## Title _____

Title of Work:  SITTING LABRADOR

## Completion/Publication _____

Year of Completion: 2017
Date of 1st Publication: January 02, 2017
Nation of 1st Publication: Hong Kong

## Author _____

- Author:  Kellytoy Worldwide, Inc.
  Author Created:  sculpture
  Work made for hire:  Yes
  Citizen of:  United States

## Copyright Claimant _____

Copyright Claimant:  Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions _____

Name:  Mark B. Mizrahi
Email:  mmizrahi@wrslawyers.com
Telephone:  (310)478-4100
Address:  11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification _____

Name:  Jonathan Kelly, President
Date:  February 28, 2017
Applicant's Tracking Number:  18528-052

**Registration #:** VA0002061278
**Service Request #:** 1-4485375837

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Seyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-271**

**Effective Date of Registration:**
February 28, 2017

## Title _____

**Title of Work:** SITTING ST. BERNARD

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author _____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions _____

**Name:** Mark B. Mizrahi
**Email:** mmizrahi@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification _____

**Name:** Jonathan Kelly, President
**Date:** February 28, 2017
**Applicant's Tracking Number:** 18528-052

**Registration #:**   VA0002064271
**Service Request #:**   1-4485375891

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-276**

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SITTING ELEPHANT

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** mmizrahi@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President
**Date:** February 28, 2017
**Applicant's Tracking Number:** 18528-052

**Registration #:**    VA0002064276
**Service Request #:**    1-4485376015

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Loyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-064-304

**Effective Date of Registration:**
February 28, 2017

## Title

**Title of Work:** SITTING BULL TERRIER

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** mmizrahi@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President
**Date:** February 28, 2017
**Applicant's Tracking Number:** 18528-052

**Registration #:**   VA0002064304
**Service Request #:**   1-4485192291

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-093-064

**Effective Date of Registration:**
February 28, 2017

Acting United States Register of Copyrights and Director

## Title

**Title of Work:** SQUISHMALLOW OWL GREY

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayın Leyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-093-065

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SQUISHMALLOW OWL PURPLE

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-093-066

**Effective Date of Registration:**
February 28, 2017

---

## Title _____

        **Title of Work:**   SQUISHMALLOW PANDA

## Completion/Publication _____

        **Year of Completion:**   2017
        **Date of 1st Publication:**   January 02, 2017
        **Nation of 1st Publication:**   Hong Kong

## Author _____

- **Author:**   Kellytoy Worldwide, Inc.
  **Author Created:**   sculpture
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant _____

        **Copyright Claimant:**   Kellytoy Worldwide, Inc.
        4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions _____

        **Name:**   Mark B. Mizrahi
        **Email:**   patentandtrademarks@wrslawyers.com
        **Telephone:**   (310)478-4100
        **Address:**   11400 West Olympic Blvd.
        9th Floor
        Los Angeles, CA 90064 United States

## Certification _____

        **Name:**   Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-093-068
**Effective Date of Registration:**
February 28, 2017

## Title ───────────────────

**Title of Work:** SQUISHMALLOW PENGUIN BLUE

## Completion/Publication ───────────────

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author ───────────────────

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant ───────────────

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions ───────────────

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification ───────────────────

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-093-069

**Effective Date of Registration:**
February 28, 2017

## Title

**Title of Work:** SQUISHMALLOW PENGUIN PINK

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Perry Clayton*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-093-070

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SQUISHMALLOW PIG

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tayle Alayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-093-072

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SQUISHMALLOW SLOTH

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Lyle Clayth*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-093-073

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SQUISHMALLOW COW

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Reigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-093-075

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SQUISHMALLOW UNICORN PURPLE

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayur Teyla Clayott*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-093-076**

**Effective Date of Registration:**
February 28, 2017

## Title _____

Title of Work: SQUISHMALLOW ALPACA TURQUOISE

## Completion/Publication _____

Year of Completion: 2017
Date of 1st Publication: January 02, 2017
Nation of 1st Publication: Hong Kong

## Author _____

- Author: Kellytoy Worldwide, Inc.
  Author Created: sculpture
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant _____

Copyright Claimant: Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions _____

Name: Mark B. Mizrahi
Email: patentandtrademarks@wrslawyers.com
Telephone: (310)478-4100
Address: 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification _____

Name: Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-018

**Effective Date of Registration:**
February 28, 2017

---

## Title

        **Title of Work:**  SQUISHMALLOW CAT

## Completion/Publication

        **Year of Completion:**  2017
      **Date of 1st Publication:**  January 02, 2017
      **Nation of 1st Publication:**  Hong Kong

## Author

-         **Author:**  Kellytoy Worldwide, Inc.
      **Author Created:**  sculpture
    **Work made for hire:**  Yes
        **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Kellytoy Worldwide, Inc.
                          4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

            **Name:**  Mark B. Mizrahi
          **Email:**  patentandtrademarks@wrslawyers.com
     **Telephone:**  (310)478-4100
       **Address:**  11400 West Olympic Blvd.
                      9th Floor
                      Los Angeles, CA 90064 United States

## Certification

            **Name:**  Jonathan Kelly, President

**Registration #:** VA0002096018
**Service Request #:** 1-4485758523

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-020

**Effective Date of Registration:**
February 28, 2017

## Title

**Title of Work:** SQUISHMALLOW UNICORN TURQUOISE

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**  VA0002096020
**Service Request #:**  1-4486086872

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tergh Claypett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-021

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SQUISHMALLOW ALPACA GREEN

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**   VA0002096021
**Service Request #:**   1-4485758325

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-096-023**

**Effective Date of Registration:**
February 28, 2017

## Title

**Title of Work:** SQUISHMALLOW DOG

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Page 1 of 2

**Registration #:** VA0002096023
**Service Request #:** 1-4485870237

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-024

**Effective Date of Registration:**
February 28, 2017

## Title

**Title of Work:** SQUISHMALLOW FOX ORANGE

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**  VA0002096024
**Service Request #:**  1-4485870361

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-025

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SQUISHMALLOW FOX RED

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**    VA0002096025
**Service Request #:**    1-4485870545

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayr Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-026

**Effective Date of Registration:**
February 28, 2017

---

## Title

**Title of Work:** SQUISHMALLOW FROG

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 02, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:** VA0002096026
**Service Request #:** 1-4485870639

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-096-028**

**Effective Date of Registration:**
February 28, 2017

## Title
_____

    **Title of Work:** SQUISHMALLOW HEDGEHOG

## Completion/Publication
_____

    **Year of Completion:** 2017
    **Date of 1st Publication:** January 02, 2017
    **Nation of 1st Publication:** Hong Kong

## Author
_____

-     **Author:** Kellytoy Worldwide, Inc.
    **Author Created:** sculpture
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant
_____

    **Copyright Claimant:** Kellytoy Worldwide, Inc.
    4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
_____

    **Name:** Mark B. Mizrahi
    **Email:** patentandtrademarks@wrslawyers.com
    **Telephone:** (310)478-4100
    **Address:** 11400 West Olympic Blvd.
    9th Floor
    Los Angeles, CA 90064 United States

## Certification
_____

    **Name:** Jonathan Kelly, President

**Registration #:**  VA0002096028
**Service Request #:**  1-4485870693

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-118-285

**Effective Date of Registration:**
April 06, 2018

*Kay A. Tegle*

Acting United States Register of Copyrights and Director

---

## Title
_____

**Title of Work:** "Blake" Bear Squishmallows

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** August 21, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
_____

**Name:** Mark B. Mizrahi
**Email:** mmizrahi@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification
_____

**Name:** Jonathan Kelly, President

Registration #:   VA0002118285
Service Request #:   1-6466370511

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-118-286
**Effective Date of Registration:**
April 06, 2018

---

## Title

**Title of Work:** "Chuck" Chick Squishmallows

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 16, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** mmizrahi@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Page 1 of 2

**Registration #:** VA0002118286
**Service Request #:** 1-6466370833

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-451

**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Elf Elliot (Christmas Collection)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Page 1 of 2

**Registration #:** VA0002120451
**Service Request #:** 1-6615227783

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-452

**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Penguin with Scarf, Luna (Christmas Collection)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-068, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

**Registration #:** VA0002120452
**Service Request #:** 1-6615227392

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-453

**Effective Date of Registration:**
May 24, 2018

## Title

**Title of Work:** Santa Nick

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:** VA0002120453
**Service Request #:** 1-6615227688

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-454

**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Polar Bear with Scarf, Brooke

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

---

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:** VA0002120454
**Service Request #:** 1-6615227884

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-455

**Effective Date of Registration:**
May 24, 2018

## Title

**Title of Work:** Reindeer with Scarf, Ruby

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-120-455**
**Effective Date of Registration:**
May 24, 2018

## Title

**Title of Work:** Reindeer with Scarf, Ruby

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:** VA0002120455
**Service Request #:** 1-6615227959

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-666

**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Black Cat, Autumn

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:** VA0002120666
**Service Request #:** 1-6615269295

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-120-667**
**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Dracula Drake

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

• **Author:** Kellytoy Worldwide, Inc.
**Author Created:** sculpture
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Page 1 of 2

**Registration #:**   VA0002120667
**Service Request #:**   1-6615232899

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-127-222

**Effective Date of Registration:**
June 05, 2018

## Title

**Title of Work:** Light Purple Calico Cat Charlotte

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
 **Author Created:** sculpture
 **Work made for hire:** Yes
 **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-096-018, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-127-224

**Effective Date of Registration:**
June 05, 2018

---

## Title
_____

**Title of Work:** Pink Bunny Bop (Easter)

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** June 25, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
_____

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification
_____

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-127-225**

**Effective Date of Registration:**
June 05, 2018

---

## Title

              **Title of Work:** Purple Bunny Bubbles

## Completion/Publication

              **Year of Completion:** 2017
      **Date of 1st Publication:** April 25, 2017
    **Nation of 1st Publication:** United States

## Author

-         **Author:** Kellytoy Worldwide, Inc.
       **Author Created:** sculpture
   **Work made for hire:** Yes
          **Citizen of:** United States

## Copyright Claimant

     **Copyright Claimant:** Kellytoy Worldwide, Inc.
                            4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

               **Name:** Mark B. Mizrahi
               **Email:** patentandtrademarks@wrslawyers.com
        **Telephone:** (310)478-4100
           **Address:** 11400 West Olympic Blvd.
                           9th Floor
                           Los Angeles, CA 90064 United States

## Certification

               **Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Tesler*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-127-227

**Effective Date of Registration:**
June 05, 2018

---

## Title

**Title of Work:** Blue Bunny Buttons

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-127-228

**Effective Date of Registration:**
June 05, 2018

---

## Title

**Title of Work:** Cream Lamb (Easter Collection) Sophie

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 28, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-208

**Effective Date of Registration:**
June 14, 2018

---

## Title

**Title of Work:** BROWN DOG WITH LOVE DUFF

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-096-023, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kaz. A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-130-209

**Effective Date of Registration:**
June 14, 2018

## Title

**Title of Work:** HOT PINK FOX WITH XOXO FERN

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-096-025, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Lesh*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-212

**Effective Date of Registration:**
June 14, 2018

## Title
_____

**Title of Work:** PINK HEDGEHOG WITH HEARTS MARCO

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** April 25, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-096-028, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions
_____

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tuhl*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-130-214

**Effective Date of Registration:**
June 14, 2018

---

## Title

Title of Work:   GREEN FROG WITH 2 HEARTS PHILIPE

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   April 25, 2017
Nation of 1st Publication:   United States

## Author

- **Author:**   Kellytoy Worldwide, Inc.
  **Author Created:**   sculpture
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

Copyright Claimant:   Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

Material excluded from this claim:   sculpture
Previous registration and year:   VA 2-096-026, 2017

New material included in claim:   sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

Name:   Mark B. Mizrahi
Email:   patentandtrademarks@wrslawyers.com
Telephone:   (310)478-4100
Address:   11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karen A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-137-255

**Effective Date of Registration:**
July 10, 2018

---

## Title

**Title of Work:**   Grey Elephant Emma (Baby Collection)

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   October 23, 2017
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Kellytoy Worldwide, Inc.
  **Author Created:**   sculpture
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:**   Mark B. Mizrahi
**Email:**   mmizrahi@wrslawyers.com
**Telephone:**   (310)478-4100
**Address:**   11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:**   Jonathan Kelly, President

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. ___*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-143-717**

**Effective Date of Registration:**
August 21, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Black and Brown Cat Oliver with heart (Walmart eyes) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 25, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Kellytoy Worldwide, Inc. |
  | **Author Created:** | sculpture |
  | **Work made for hire:** | Yes |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc.<br>4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentandtrademarks@wrslawyers.com |
| **Telephone:** | (310)478-4100 |
| **Address:** | 11400 West Olympic Blvd.<br>9th Floor<br>Los Angeles, CA 90064 United States |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Kelly, President |

**Registration #:**   VA0002143717
**Service Request #:**   1-6882133658



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-143-760

**Effective Date of Registration:**
August 24, 2018

---

## Title

**Title of Work:** White Cat Kate

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**   VA0002143760
**Service Request #:**   1-6891907009



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-143-762**

**Effective Date of Registration:**
August 21, 2018



## Title

| | |
|---|---|
| **Title of Work:** | Green Dino, Danny |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 25, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kellytoy Worldwide, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc. |
| | 4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentandtrademarks@wrslawyers.com |
| **Telephone:** | (310)478-4100 |
| **Address:** | 11400 West Olympic Blvd. |
| | 9th Floor |
| | Los Angeles, CA 90064 United States |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Kelly, President |

**Registration #:**  VA0002143762
**Service Request #:**  1-6882134040



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-143-763
**Effective Date of Registration:**
August 21, 2018

## Title

**Title of Work:** Red and White Panda Penelope with 3 hearts (Walmart Eyes)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Registration #:   VA0002143763
Service Request #:   1-6882253624



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-143-768**

**Effective Date of Registration:**
August 24, 2018

## Title

**Title of Work:** Squirrel Sawyer

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**    VA0002143768
**Service Request #:**    1-6891906879



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-143-769**

**Effective Date of Registration:**
August 24, 2018

## Title

**Title of Work:** Theo Tie Dye Unicorn Stackable

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Page 1 of 2

**Registration #:**     VA0002143769
**Service Request #:**   1-6891974310



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-143-771**

**Effective Date of Registration:**
August 21, 2018

---

## Title

**Title of Work:** Brown Monkey Momo with one heart (Walmart eyes)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**   VA0002143771
**Service Request #:**   1-6882253353



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-143-776

**Effective Date of Registration:**
August 24, 2018

---

## Title

**Title of Work:** Jaguar, Lexi

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**   VA0002143776
**Service Request #:**   1-6891906768



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-143-779

**Effective Date of Registration:**
August 21, 2018

---

## Title

**Title of Work:** Purple Unicorn Val, Tallulah (Walmart Eyes)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Registration #:    VA0002143779
Service Request #:   1-6882253523



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-143-782

**Effective Date of Registration:**
August 24, 2018

---

## Title

**Title of Work:** Koala Kirk

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Registration #:    VA0002143782
Service Request #:    1-6891906824



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Cesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-143-784

**Effective Date of Registration:**
August 24, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Tiger Tina |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 25, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kellytoy Worldwide, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc. |
| | 4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentandtrademarks@wrslawyers.com |
| **Telephone:** | (310)478-4100 |
| **Address:** | 11400 West Olympic Blvd. |
| | 9th Floor |
| | Los Angeles, CA 90064 United States |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Kelly, President |

Page 1 of 2

**Registration #:**   VA0002143784
**Service Request #:**   1-6891906934



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teslen*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-143-785

**Effective Date of Registration:**
August 24, 2018

---

## Title
_____

**Title of Work:** White Spotted Eye Dog Charlie

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
_____

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification
_____

**Name:** Jonathan Kelly, President

**Registration #:**   VA0002143785
**Service Request #:**   1-6891907114



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-143-787

**Effective Date of Registration:**
August 21, 2018

---

## Title
─────────────────────────────────────────

**Title of Work:**   Giraffe, Gary

## Completion/Publication
─────────────────────────────────────────

**Year of Completion:**   2017
**Date of 1st Publication:**   October 25, 2017
**Nation of 1st Publication:**   United States

## Author
─────────────────────────────────────────

- **Author:**   Kellytoy Worldwide, Inc.
  **Author Created:**   sculpture
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant
─────────────────────────────────────────

**Copyright Claimant:**   Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
─────────────────────────────────────────

**Name:**   Mark B. Mizrahi
**Email:**   patentandtrademarks@wrslawyers.com
**Telephone:**   (310)478-4100
**Address:**   11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification
─────────────────────────────────────────

**Name:**   Jonathan Kelly, President

**Registration #:**   VA0002143787
**Service Request #:**   1-6882133949



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-143-788

**Effective Date of Registration:**
August 21, 2018

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

## Title

|  |  |
|---|---|
| **Title of Work:** | Cat, Tally |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 25, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Kellytoy Worldwide, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc. |
|  | 4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentandtrademarks@wrslawyers.com |
| **Telephone:** | (310)478-4100 |
| **Address:** | 11400 West Olympic Blvd. |
|  | 9th Floor |
|  | Los Angeles, CA 90064 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Jonathan Kelly, President |

**Registration #:** VA0002143788
**Service Request #:** 1-6882134131



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Kay A. Tesler*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-145-276

**Effective Date of Registration:**
July 26, 2018

---

## Title
_____

**Title of Work:** Hot Pink Owl Francesca Val (Walmart Eyes)

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** March 01, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-065, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions
_____

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

**Registration #:**   VA0002145276
**Service Request #:**   1-6804223499



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-145-811

**Effective Date of Registration:**
July 26, 2018

*Kay A. Wel*

Acting United States Register of Copyrights and Director

---

## Title

| | |
|---|---|
| **Title of Work:** | DUFF DOG WITH LOVE (WALMART EYES) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 25, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kellytoy Worldwide, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc. |
| | 4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | sculpture |
| **Previous registration and year:** | VA 2-096-023, 2017 |
| **New material included in claim:** | sculpture, ornamentation and modifications to soft sculpture and other elements |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentandtrademarks@wrslawyers.com |
| **Telephone:** | (310)478-4100 |
| **Address:** | 11400 West Olympic Blvd. |
| | 9th Floor |
| | Los Angeles, CA 90064 United States |

**Registration #:** VA0002145811
**Service Request #:** 1-6804223352



Freeman Freeman & Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
Suite 1900
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-146-412

**Effective Date of Registration:**
May 24, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Pumpkin, Paige (Halloween Collection) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 25, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kellytoy Worldwide, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc. |
| | 4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentandtrademarks@wrslawyers.com |
| **Telephone:** | (310)478-4100 |
| **Address:** | 11400 West Olympic Blvd. |
| | 9th Floor |
| | Los Angeles, CA 90064 United States |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Kelly, President |

Page 1 of 2

**Registration #:** VA0002146412
**Service Request #:** 1-6615233011



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tuely*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-146-414

**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Frankenstein Frankie

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

Page 1 of 2

**Registration #:** VA0002146414
**Service Request #:** 1-6615232956



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karg. A. Temple*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-146-416

**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Ghost Grace

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:**   VA0002146416
**Service Request #:**   1-6615269595



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Kay A. Turla*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-146-420

**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Black Widow Spider with eight legs

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:** VA0002146420
**Service Request #:** 1-6615269500



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karry A. Tesla*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-147-034

**Effective Date of Registration:**
September 11, 2018

---

## Title

**Title of Work:** Wolf with scarf Tilman

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Registration #:** VA0002147034
**Service Request #:** 1-6944013898



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tazle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-148-804

**Effective Date of Registration:**
October 16, 2018

## Title

**Title of Work:**   Purple Pink Tie Dyed Unicorn Lola

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-075, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

**Registration #:** VA0002148804
**Service Request #:** 1-7047558855



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Lesle*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-148-810**

**Effective Date of Registration:**
October 16, 2018

## Title

**Title of Work:** HOT PINK FOX FIFI

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-096-025, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

**Registration #:** VA0002148810
**Service Request #:** 1-7047558252



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-149-258**

**Effective Date of Registration:**
October 10, 2018

---

## Title

**Title of Work:** Farm Baby Plush Stackers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 05, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

**Date**:   October 10, 2018
**Applicant's Tracking Number**:   18528-052

**Registration #:** VA0002149258
**Service Request #:** 1-7029811262



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Tesla*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-154-787**

**Effective Date of Registration:**
September 11, 2018

## Title

**Title of Work:** Turquoise owl Winston

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-064, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

**Registration #:** VA0002154787
**Service Request #:** 1-6944132839



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karry A. Tusle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-154-790

**Effective Date of Registration:**
September 11, 2018

---

## Title

**Title of Work:** Penguin with Scarf Grey (Christmas collection)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-068, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

**Registration #:**   VA0002154790
**Service Request #:**   1-69.4132572



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

A user of the U.S. Copyright Office's Copyright Public Records System (CPRS) shared these record(s) with you:

# Registration record VA0002205382
PENNY THE PUG.

## Copyright Data

Registration Number / Date:
VA0002205382 / 2019-10-29

## Title

Title:
PENNY THE PUG.

Application Title:
PENNY THE PUG.

## Date

Date of Creation:
2018

Date of Publication:
2018-08-02

## Concerned Parties

Copyright Claimant:
Kellytoy Worldwide, Inc. Address: 4811 S. Alameda Street, Los Angeles, CA, 90058, United States.

Authorship on Application:
Kellytoy Worldwide, Inc., employer for hire; Citizenship: United States. Authorship: 2-D artwork, 3-D Sculpture.

## Claim Description

Rights and Permissions:
Mark B. Mizrahi, 1888 Century Park East, 15th Floor, Los Angeles, CA, 90067, United States, (310) 255-6100, patentsandtrademarks@ffslaw.com

## Standard Identifiers

## Description

Description:
Electronic file (eService)

## Notes

Nation of First Publication:

United States

## Names

Names:
Kellytoy Worldwide, Inc.

---

Disclaimer: This message was generated and sent by a user of the U.S. Copyright Office's Copyright Public Record System (CPRS). This message is not an official communication from the U.S. Copyright Office. The information included in or attached to this email is based on the Office's public record at the time this email was generated and is subject to change. For current information, please visit the CPRS here.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-154-791

**Effective Date of Registration:**
September 11, 2018

---

## Title _____

**Title of Work:** Grey Owl with heart Samantha (Walmart eyes)

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** March 25, 2017
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim _____

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-064, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture

## Rights and Permissions _____

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

Registration #:     VA0002154791
Service Request #:   1-6944132648



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-161-597

**Effective Date of Registration:**
October 10, 2018

## Title

**Title of Work:** Purple Penguin, Elle

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 23, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-069, 2017

**New material included in claim:** sculpture, Ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** mmizrahi@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

**Registration #:** VA0002161597
**Service Request #:** 1-7029811533



Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-173-090

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 09, 2019

---

## Title

**Title of Work:** AVERY MALLARD DUCK

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 25, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification

**Name:** Jonathan Kelly, President
**Date:** August 28, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:** VA0002173090
**Service Request #:** 1-8015960872



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-173-091

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 09, 2019

## Title

**Title of Work:** PACO THE RED PARROT

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 25, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification

| | |
|---|---|
| **Name:** | Jonathan Kelly, President |
| **Date:** | August 28, 2019 |
| **Applicant's Tracking Number:** | 27183-200 |

**Registration #:** VA0002173091
**Service Request #:** 1-8015961197



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-173-092

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 09, 2019

---

## Title

      **Title of Work:**    EMILY BLACK BAT (HALLOWEEN COLLECTION)

## Completion/Publication

      **Year of Completion:**    2018
      **Date of 1st Publication:**    November 01, 2018
      **Nation of 1ˢᵗ Publication:**    United States

## Author

-     **Author:**    Kellytoy Worldwide, Inc.
      **Author Created:**    2-D artwork, 3-D Sculpture
      **Work made for hire:**    Yes
      **Citizen of:**    United States

## Copyright Claimant

      **Copyright Claimant:**    Kellytoy Worldwide, Inc.
      4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

      **Name:**    Mark B. Mizrahi
      **Email:**    patentsandtrademarks@ffslaw.com
      **Telephone:**    (310)255-6100
      **Address:**    1888 Century Park East
      15th Floor
      Los Angeles, CA 90067 United States

## Certification

**Name:** Jonathan Kelly, President
**Date:** August 28, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:** VA0002173092
**Service Request #:** 1-8015960981



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-173-109

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 09, 2019

## Title

| | |
|---|---|
| **Title of Work:** | MORTY THE MONSTER |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | August 16, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Kellytoy Worldwide, Inc. |
  | **Author Created:** | 2-D artwork, 3-D Sculpture |
  | **Work made for hire:** | Yes |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc. |
| | 4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentsandtrademarks@ffslaw.com |
| **Telephone:** | (310)255-6100 |
| **Address:** | 1888 Century Park East |
| | 15th Floor |
| | Los Angeles, CA 90067 United States |

## Certification

Page 1 of 2

**Name:** Jonathan Kelly, President
**Date:** August 28, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:**   VA0002173109
**Service Request #:**   1-8015961089



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-173-215

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 10, 2019

## Title

**Title of Work:** MADELEINE THE WITCH (HALLOWEEN COLLECTION)

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification

**Name:**      Jonathan Kelly, President
**Date:**      August 28, 2019
**Applicant's Tracking Number:**      27183-200

**Registration #:**  VA0002173215
**Service Request #:**  1-8016024053



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Kay A. Vesle*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-173-229**

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 10, 2019

## Title

| | |
|---|---|
| **Title of Work:** | STACY THE SQUID |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | July 25, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kellytoy Worldwide, Inc. |
| **Author Created:** | 2-D artwork, 3-D Sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc. |
| | 4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | sculpture |
| **Previous registration and year:** | VA 2-143-762, 2017 |
| **New material included in claim:** | sculpture, Sculpture; Ornamentation and modifications to soft sculpture and color elements |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentsandtrademarks@ffslaw.com |
| **Telephone:** | (310)255-6100 |
| **Address:** | 1888 Century Park East |

Page 1 of 2

15th Floor
Los Angeles, CA 90067 United States

## Certification

|                              |                            |
|------------------------------|----------------------------|
| **Name:**                    | Jonathan Kelly, President  |
| **Date**:                    | August 28, 2019            |
| **Applicant's Tracking Number**: | 27183-200              |

**Registration #:** VA0002173229
**Service Request #:** 1-8016023629



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

## VA 2-173-232

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 10, 2019

---

## Title

**Title of Work:** GABBY THE YETI (CHRISTMAS COLLECTION)

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | Jonathan Kelly, President |
| **Date**: | August 28, 2019 |
| **Applicant's Tracking Number:** | 27183-200 |

**Registration #:** VA0002173232
**Service Request #:** 1-8016023305



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Teshe*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-173-234

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 10, 2019

---

## Title _____

Title of Work: SKYLER THE SKUNK (SKUNK COLLECTION)

## Completion/Publication _____

Year of Completion: 2019
Date of 1st Publication: July 25, 2019
Nation of 1st Publication: United States

## Author _____

- Author: Kellytoy Worldwide, Inc.
  Author Created: 2-D artwork, 3-D Sculpture
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant _____

Copyright Claimant: Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions _____

Name: Mark B. Mizrahi
Email: patentsandtrademarks@ffslaw.com
Telephone: (310)255-6100
Address: 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification _____

**Name:** Jonathan Kelly, President
**Date:** August 28, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:**    VA0002173234
**Service Request #:**    1-8016023521



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-173-235

**Effective Date of Registration:**
August 28, 2019
**Registration Decision Date:**
October 10, 2019

---

## Title
_____

**Title of Work:** GINA GINGERBREAD GIRL (CHRISTMAS COLLECTION)

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
_____

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification
_____

Page 1 of 2

**Name:** Jonathan Kelly, President
**Date:** August 28, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:**    VA0002173235
**Service Request #:**    1-8016023413



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-181-995

**Effective Date of Registration:**
August 21, 2019
**Registration Decision Date:**
December 10, 2019

---

## Title

**Title of Work:** BRUCE WALRUS (SEA LIFE COLLECTION)

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification

Page 1 of 2

**Name:** Jonathan Kelly, President
**Date:** August 21, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:** VA0002181995
**Service Request #:** 1-7994273691



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-183-548

**Effective Date of Registration:**
September 05, 2019
**Registration Decision Date:**
December 23, 2019

---

## Title _____

**Title of Work:** SAMUEL THE SCARECROW (HALLOWEEN ASSORTMENT)

## Completion/Publication _____

**Year of Completion:** 2019
**Date of 1st Publication:** May 16, 2019
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions _____

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification _____

Page 1 of 2

**Name:** Jonathan Kelly, President
**Date:** September 05, 2019
**Applicant's Tracking Number:** 27183-241

**Registration #:** VA0002183548
**Service Request #:** 1-8040130337



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-183-864**

**Effective Date of Registration:**
August 20, 2019
**Registration Decision Date:**
December 27, 2019

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | Sunny The Bee (Bugs Life Collection) |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 01, 2018 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| **Author:** | Kellytoy Worldwide, Inc. |
| **Author Created:** | 2-D artwork, 3-D Sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc.<br>4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions
_____

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentsandtrademarks@ffslaw.com |
| **Telephone:** | (310)255-6100 |
| **Address:** | 1888 Century Park East<br>15th Floor<br>Los Angeles, CA 90067 United States |

## Certification
_____

**Name:** Jonathan Kelly, President
**Date:** August 20, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:** VA0002183864
**Service Request #:** 1-7990808047



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-183-865

**Effective Date of Registration:**
August 20, 2019
**Registration Decision Date:**
December 27, 2019

---

## Title
_____

**Title of Work:** FRANCIS LION (ZOO COLLECTION)

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
_____

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification
_____

**Name:** Jonathan Kelly, President
**Date:** August 20, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:**   VA0002183865
**Service Request #:**   1-7990807939



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-183-937

**Effective Date of Registration:**
September 09, 2019
**Registration Decision Date:**
December 30, 2019

---

## Title
_____

Title of Work: PERRY THE DOLPHIN (SEA LIFE COLLECTION)

## Completion/Publication
_____

Year of Completion: 2018
Date of 1st Publication: November 01, 2018
Nation of 1st Publication: United States

## Author
_____

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

Copyright Claimant: Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim
_____

Material excluded from this claim: sculpture
Previous registration and year: VA 2-143-762, 2017

New material included in claim: sculpture, ORNAMENTATION AND MODIFICATIONS TO SOFT SCULPTURE AND COLOR ELEMENTS

## Rights and Permissions
_____

Name: Mark B. Mizrahi
Email: patentsandtrademarks@ffslaw.com
Telephone: (310)255-6100
Address: 1888 Century Park East

Page 1 of 2

**Registration #:**   VA0002183937
**Service Request #:**   1-8052232812



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-183-987**

**Effective Date of Registration:**
September 09, 2019
**Registration Decision Date:**
December 30, 2019

---

## Title

**Title of Work:**    HOLIDAY FLAMINGO FRANNY (CHRISTMAS COLLECTION)

## Completion/Publication

**Year of Completion:**    2018
**Date of 1st Publication:**    November 01, 2018
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Kellytoy Worldwide, Inc.
  **Author Created:**    2-D artwork, 3-D Sculpture
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:**    Mark B. Mizrahi
**Email:**    patentsandtrademarks@ffslaw.com
**Telephone:**    (310)255-6100
**Address:**    1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification

Page 1 of 2

**Registration #:** VA0002183987
**Service Request #:** 1-8052232997



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-183-993

**Effective Date of Registration:**
September 09, 2019
**Registration Decision Date:**
December 30, 2019

---

## Title

**Title of Work:** BROWN BEAR WITH WITCH HAT WALTER (HALLOWEEN COLLECTION)

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-096-023, 2017

**New material included in claim:** sculpture, ORNAMENTATION AND MODIFICATIONS TO SOFT SCUPLTURE AND COLOR ELEMENTS

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100

**Registration #:** VA0002183993
**Service Request #:** 1-8052294523



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-186-008

**Effective Date of Registration:**
August 20, 2019
**Registration Decision Date:**
January 14, 2020

---

## Title

**Title of Work:** Trudy Ladybug (Bugs Life Collection)

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification

Page 1 of 2

**Name:** Jonathan Kelly, President
**Date:** August 20, 2019
**Applicant's Tracking Number:** 27183-200

**Registration #:** VA0002186008
**Service Request #:** 1-7990807751



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-187-071

**Effective Date of Registration:**
August 21, 2019
**Registration Decision Date:**
January 22, 2020

## Title

| | |
|---|---|
| Title of Work: | HENRY TURTLE (SEA LIFE COLLECTION) |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | November 01, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Kellytoy Worldwide, Inc. |
| Author Created: | Sculpture |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Kellytoy Worldwide, Inc.<br>4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | sculpture |
| Previous registration and year: | VA 2-143-762, 2017 |
| New material included in claim: | sculpture, ORNAMENTATION AND MODIFICATIONS TO SOFT SCULPTURE AND COLOR ELEMENTS |

## Rights and Permissions

| | |
|---|---|
| Name: | Mark B. Mizrahi |
| Email: | patentsandtrademarks@ffslaw.com |
| Telephone: | (310)255-6100 |
| Address: | 1888 Century Park East |

Page 1 of 2

15th Floor
Los Angeles, CA 90067 United States

## Certification

| | |
|---|---|
| **Name:** | Jonathan Kelly, President |
| **Date:** | August 21, 2019 |
| **Applicant's Tracking Number:** | 27183-200 |

**Correspondence:** Yes

**Registration #:** VA0002187071
**Service Request #:** 1-7994273493



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Marie Strong

Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-189-134**

**Effective Date of Registration:**
November 19, 2019
**Registration Decision Date:**
February 05, 2020

---

## Title

**Title of Work:** PINK CHEETAH, LORI (I HEART COLLECTION)

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 02, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** ornamentation to sculpture
**Previous registration and year:** VA 2-096-023, 2017

**New material included in claim:** ornamentation and modifications to soft sculpture and color elements

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor

Page 1 of 2

Los Angeles, CA 90067 United States

## Certification

|  |  |
|---|---|
| **Name:** | Jonathan Kelly, President |
| **Date:** | November 19, 2019 |
| **Applicant's Tracking Number:** | 27183-241 |

**Correspondence:** Yes

**Registration #:**   VA0002189134
**Service Request #:**   1-8273570103



Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tryle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-096-022**

**Effective Date of Registration:**
February 28, 2017

## Title

| | |
|---|---|
| **Title of Work:** | SQUISHMALLOW MONKEY |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 02, 2017 |
| **Nation of 1st Publication:** | Hong Kong |

## Author

| | |
|---|---|
| **Author:** | Kellytoy Worldwide, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kellytoy Worldwide, Inc. |
| | 4811 S. Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mark B. Mizrahi |
| **Email:** | patentandtrademarks@wrslawyers.com |
| **Telephone:** | (310)478-4100 |
| **Address:** | 11400 West Olympic Blvd. |
| | 9th Floor |
| | Los Angeles, CA 90064 United States |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Kelly, President |

Page 1 of 2

**Registration #:** VA0002096022
**Service Request #:** 1-4485870767

Mark B. Mizrahi
11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-120-665

**Effective Date of Registration:**
May 24, 2018

---

## Title

**Title of Work:** Snowman Manny (Christmas Collection)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentandtrademarks@wrslawyers.com
**Telephone:** (310)478-4100
**Address:** 11400 West Olympic Blvd.
9th Floor
Los Angeles, CA 90064 United States

## Certification

**Name:** Jonathan Kelly, President

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

# VAu 1-380-500

**Effective Date of Registration:**
October 29, 2019
**Registration Decision Date:**
July 27, 2020

## Title

**Title of Work:** SLOTH WITH OPEN EYES

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-072, 2017

**New material included in claim:** sculpture, ORNAMENTATION AND MODIFICATIONS TO SOFT
SCUPLTURE AND COLOR ELEMENTS

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

**Registration #:** VAu001380500
**Service Request #:** 1-8206684908



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tusle*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-378-119

**Effective Date of Registration:**
August 15, 2019
**Registration Decision Date:**
December 10, 2019

---

### Title

**Title of Work:** Martine, Sleepy Eye Llama

### Completion/Publication

**Year of Completion:** 2019

### Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

### Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

### Certification

**Name:** Jonathan Kelly, President
**Date:** August 15, 2019

**Applicant's Tracking Number:** 27183-200

**Registration #:** VAu001378119
**Service Request #:** 1-7976000771



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Vesle*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-378-264

**Effective Date of Registration:**
October 16, 2019
**Registration Decision Date:**
December 11, 2019

---

## Title

**Title of Work:** FREDDIE ZEBRA WITH OPEN EYES

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

## Certification

**Name:** Jonathan Kelly, President
**Date:** October 16, 2019

**Applicant's Tracking Number:** 27183-241

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-379-988**

**Effective Date of Registration:**
October 29, 2019
**Registration Decision Date:**
July 27, 2020

---

## Title

**Title of Work:** FINLEY THE GREY DONKEY

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** Kellytoy Worldwide, Inc.
  **Author Created:** 2-D artwork, 3-D Sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kellytoy Worldwide, Inc.
4811 S. Alameda Street, Los Angeles, CA, 90058, United States

## Limitation of copyright claim

**Material excluded from this claim:** sculpture
**Previous registration and year:** VA 2-093-075, 2017

**New material included in claim:** sculpture, ORNAMENTATION AND MODIFICATIONS TO SOFT SCUPLTURE AND COLOR ELEMENTS

## Rights and Permissions

**Name:** Mark B. Mizrahi
**Email:** patentsandtrademarks@ffslaw.com
**Telephone:** (310)255-6100
**Address:** 1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

**Registration #:** VAu001379988
**Service Request #:** 1-8206684377



Freeman, Freeman, and Smiley, LLP
Mark B. Mizrahi
1888 Century Park East
15th Floor
Los Angeles, CA 90067 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-399-131

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title
 

    **Title of Work:** Target Fall Exclusive - Yeti

## Completion/Publication
 

    **Year of Completion:** 2020

## Author
 

-     **Author:** Kelly Toys Holdings, LLC
    **Author Created:** sculpture
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant
 

    **Copyright Claimant:** Kelly Toys Holdings, LLC
    4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification
 

    **Name:** Isabelle Jung Greenberg
    **Date:** May 20, 2020
    **Applicant's Tracking Number:** 1370-206C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-399-132

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title
 

**Title of Work:** Target Fall Assortment - Laying Unicorn

## Completion/Publication
 

**Year of Completion:** 2020

## Author
 

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
 

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification
 

**Name:** Isabelle Jung Greenberg
**Date:** May 20, 2020
**Applicant's Tracking Number:** 1370-196C

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-399-134

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title

**Title of Work:** Target Fall Exclusive - Blue Sloth

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification

**Name:** Isabelle Jung Greenberg
**Date:** May 20, 2020
**Applicant's Tracking Number:** 1370-198C

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-399-136

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title
 

**Title of Work:** Target Fall Exclusive - Arctic Wolf

## Completion/Publication
 

**Year of Completion:** 2020

## Author
 

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
 

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification
 

**Name:** Isabelle Jung Greenberg
**Date:** May 20, 2020
**Applicant's Tracking Number:** 1370-197C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-399-147

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title
 

**Title of Work:** Target Fall Exclusive - Brown Big Foot

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification

**Name:** Isabelle Jung Greenberg
**Date:** May 20, 2020
**Applicant's Tracking Number:** 1370-199C

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-399-148

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title

**Title of Work:** Target Fall Assortment - Laying Dragon Squishmallow

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification

**Name:** Isabelle Jung Greenberg
**Date:** May 20, 2020
**Applicant's Tracking Number:** 1370-201C

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-399-149**

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title

**Title of Work:** Target Fall Exclusive.- Fairy

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification

**Name:** Isabelle Jung Greenberg
**Date:** May 20, 2020
**Applicant's Tracking Number:** 1370-200C

Page 1 of 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-399-153

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title
        **Title of Work:** Target Fall Assortment - Laying Dog Squishmallow

## Completion/Publication
        **Year of Completion:** 2020

## Author
        • **Author:** Kelly Toys Holdings, LLC
        **Author Created:** sculpture
        **Work made for hire:** Yes
        **Citizen of:** United States
        **Domiciled in:** United States

## Copyright Claimant
        **Copyright Claimant:** Kelly Toys Holdings, LLC
        4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification
        **Name:** Isabelle Jung Greenberg
        **Date:** May 20, 2020
        **Applicant's Tracking Number:** 1370-203C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-399-157

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title
       **Title of Work:** Target Fall Exclusive - Koala with Rainbow Ears

## Completion/Publication
       **Year of Completion:** 2020

## Author
-        **Author:** Kelly Toys Holdings, LLC
       **Author Created:** sculpture
       **Work made for hire:** Yes
       **Citizen of:** United States
       **Domiciled in:** United States

## Copyright Claimant
       **Copyright Claimant:** Kelly Toys Holdings, LLC
       4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification
       **Name:** Isabelle Jung Greenberg
       **Date:** May 20, 2020
       **Applicant's Tracking Number:** 1370-202C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-399-158

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title
   **Title of Work:** Target Fall Exclusive - Unicorn with Glasses

## Completion/Publication
   **Year of Completion:** 2020

## Author
   •  **Author:** Kelly Toys Holdings, LLC
   **Author Created:** sculpture
   **Work made for hire:** Yes
   **Citizen of:** United States
   **Domiciled in:** United States

## Copyright Claimant
   **Copyright Claimant:** Kelly Toys Holdings, LLC
     4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification
   **Name:** Isabelle Jung Greenberg
   **Date:** May 20, 2020
   **Applicant's Tracking Number:** 1370-204C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-399-689

**Effective Date of Registration:**
May 20, 2020
**Registration Decision Date:**
August 07, 2020

---

## Title
_____

**Title of Work:** Target Fall Exclusive - Laying Caticorn

## Completion/Publication
_____

**Year of Completion:** 2020

## Author
_____

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Certification
_____

**Name:** Isabelle Jung Greenberg
**Date:** May 20, 2020
**Applicant's Tracking Number:** 1370-205C

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-346-938

**Effective Date of Registration:**
April 14, 2023
**Registration Decision Date:**
May 15, 2023

---

## Title

**Title of Work:** Axolotl Archie

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 28, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** CRGO LAW
**Name:** Isabelle Greenberg
**Email:** ijung@crgolaw.com
**Telephone:** (561)990-5503xext200
**Address:** 12161 Ken Adams Way, Suite 110-SS
Wellington, FL 33414 United States

## Certification

Page 1 of 2

**Name:** Isabelle Greenberg
**Date:** April 14, 2023
**Applicant's Tracking Number:** 1370C-003

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-346-939

**Effective Date of Registration:**
April 14, 2023
**Registration Decision Date:**
May 15, 2023

---

## Title
_____

**Title of Work:** Boba Tee Bernice

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** February 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
_____

**Organization Name:** CRGO LAW
**Name:** Isabelle Greenberg
**Email:** ijung@crgolaw.com
**Telephone:** (561)990-5503xext200
**Address:** 12161 Ken Adams Way, Suite 110-SS
Wellington, FL 33414 United States

## Certification
_____

**Name:** Isabelle Greenberg
**Date:** April 14, 2023
**Applicant's Tracking Number:** 1370C-004

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-347-058

**Effective Date of Registration:**
April 16, 2023
**Registration Decision Date:**
May 15, 2023



---

## Title

**Title of Work:** Cheeseburger Carl

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 23, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Kelly Toys Holdings, LLC
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Kelly Toys Holdings, LLC
4811 South Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** CRGO LAW
**Name:** Isabelle Greenberg
**Email:** ijung@crgolaw.com
**Telephone:** (561)990-5503xext200
**Address:** 12161 Ken Adams Way, Suite 110-SS
Wellington, FL 33414 United States

## Certification

**Name:** Isabelle Greenberg
**Date:** April 16, 2023
**Applicant's Tracking Number:** 1370C-007

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-347-337**

**Effective Date of Registration:**
April 16, 2023
**Registration Decision Date:**
May 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Pink Donut Dabria |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | January 05, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kelly Toys Holdings, LLC |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kelly Toys Holdings, LLC |
| | 4811 South Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | CRGO LAW |
| **Name:** | Isabelle Greenberg |
| **Email:** | ijung@crgolaw.com |
| **Telephone:** | (561)990-5503xext200 |
| **Address:** | 12161 Ken Adams Way, Suite 110-SS |
| | Wellington, FL 33414 United States |

## Certification

**Name:** Isabelle Greenberg
**Date:** April 16, 2023
**Applicant's Tracking Number:** 1370C-011

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-347-347

**Effective Date of Registration:**
April 16, 2023
**Registration Decision Date:**
May 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Mushroom Malcolm |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | January 28, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kelly Toys Holdings, LLC |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kelly Toys Holdings, LLC |
| | 4811 South Alameda Street, Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | CRGO LAW |
| **Name:** | Isabelle Greenberg |
| **Email:** | ijung@crgolaw.com |
| **Telephone:** | (561)990-5503xext200 |
| **Address:** | 12161 Ken Adams Way, Suite 110-SS |
| | Wellington, FL 33414 United States |

## Certification

**Name:** Isabelle Greenberg
**Date:** April 16, 2023
**Applicant's Tracking Number:** 1370C-010