# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 23-cv-15309<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, November 8, 2023, at 11:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable John Robert Blakey in Courtroom 1203 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's *Ex Parte* Motion for Extension of the Temporary Restraining Order.

Dated this 3rd day of November 2023.  Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080; 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Kelly Toys Holdings, LLC*