IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DUOYOUDUOSHANGMAOYOUXIANGONGSI, et al., <br><br> Defendants. | Case No. 23-cv-15309 <br><br> **Judge John Robert Blakey** <br><br> **Magistrate Judge M. David Weisman** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Kelly Toys Holdings, LLC ("Plaintiff") against the fully interactive, e-commerce store[1] operating under the seller aliases identified on Schedule A attached hereto (the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, (collectively, "Defaulting Defendants"), based on Plaintiff's action for trademark infringement, counterfeiting, false designation of origin, and copyright infringement;

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail,

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

This Court further finds that it has personal jurisdiction over the Defaulting Defendants since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its [infringing] goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F. Supp. 3d 924, 934 (N.D. Ill. 2016). Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products bearing unauthorized copies of the Squishmallows Copyrighted Works and/or using infringing and counterfeit versions of the SQUISHMALLOWS Trademarks to residents of Illinois. Lists of the Squishmallows

Copyrighted Works and the SQUISHMALLOWS Trademarks are included in the below charts. *See* [14] Exhibit 4 to the Declaration of Jeremy Padawer at ¶ 14; [15]. In addition, Plaintiff's screenshot evidence confirms that each Seller Alias does stand ready, willing and able to ship its counterfeit goods to customers in Illinois. *Id.* Moreover, several Seller Aliases have in fact shipped counterfeit goods to Illinois. *Id.*

| U.S. Copyright Reg. No. | Title |
|---|---|
| VA 2-118-285 | "Blake" Bear Squishmallows |
| VA 2-118-286 | "Chuck" Chick Squishmallows |
| VA 2-173-090 | Avery Mallard Duck |
| VAu 1-399-147 | Target Fall Exclusive - Brown Big Foot |
| VA 2-143-717 | Black and Brown Cat Oliver with Heart (Walmart Eyes) |
| VA 2-120-666 | Black Cat, Autumn |
| VAu 1-399-157 | Target Fall Exclusive - Koala with Rainbow Ears |
| VAu 1-395-748 | Black Dog with Bandana |
| VA 2-146-420 | Black Widow Spider with Eight Legs |
| VA 2-127-227 | Blue Bunny Buttons |
| VA 2-183-993 | Brown Bear with Witch Hat Walter (Halloween Collection) |
| VA 2-183-566 | Brock the Bulldog |
| VA 2-143-771 | Brown Monkey Momo with one heart (Walmart Eyes) |
| VA 2-181-995 | Bruce Walrus (Sea Life Collection) |
| VA 2-143-788 | Cat, Tally |
| VA 2-182-058 | Cici Red Panda (Zoo Collection) |
| VAu 1-395-552 | Cookie Flamingo with Open Eyes |
| VA 2-127-228 | Cream Lamb (Easter Collection) Sophie |
| VAu 1-378-267 | Damien the Dinosaur with Open Eyes |
| VAu 1-395-815 | Dawn the Fawn |
| VA 2-120-667 | Dracula Drake |
| VAu 1-395-927 | Dragon Collection |
| VA 2-130-208 | Brown Dog with Love Duff |
| VA 2-120-451 | Elf Elliot (Christmas Collection) |
| VA 2-173-092 | Emily Black Bat (Halloween Collection) |
| VA 2-149-258 | Farm Baby Plush Stackers |
| VAu 1-395-817 | Felicia the Pandacorn |
| VAu 1-379-988 | Finley the Grey Donkey |
| VA 2-183-865 | Francis Lion (Zoo Collection) |
| VA 2-146-414 | Frankestein Frankie |

| | |
|---|---|
| VAu 1-378-264 | Freddie Zebra with Open Eyes |
| VA 2-137-255 | Grey Elephant Emma (Baby Collection) |
| VA 2-173-232 | Gabby the Yeti (Christmas Collection) |
| VA 2-146-416 | Ghost Grace |
| VA 2-173-235 | Gina Gingerbread Girl (Christmas Collection) |
| VA 2-143-787 | Giraffe, Gary |
| VA 2-143-762 | Green Dino, Danny |
| VA 2-130-214 | Green Frog with 2 Hearts Philipe |
| VAu 1-379-914 | Gregory the Black Goat |
| VA 2-154-791 | Grey Owl with heart Samantha (Walmart Eyes) |
| VA 2-205-381 | Grey Raccoon |
| VA 2-187-071 | Henry Turtle (Sea Life Collection) |
| VA 2-183-987 | Holiday Flamingo Franny (Christmas Collection) |
| VA 2-148-810 | Hot Pink Fox Fifi |
| VA 2-130-209 | Hot Pink Fox with XOXO Fern |
| VA 2-145-276 | Hot Pink Owl Francesca Val (Walmart Eyes) |
| VAu 1-395-557 | Humphrey Hamster with Open Eyes |
| VAu 1-379-292 | Innovation First - Flamingo with Big Eyes |
| VAu 1-379-782 | Innovation First - Giraffe with Big Eyes |
| VAu 1-379-268 | Innovation First - Grey Shark with Big Eyes |
| VAu 1-379-784 | Innovation First - Panda with Big Eyes |
| VAu 1-379-786 | Innovation First - Rainbow Unicorn with Big Eyes |
| VA 2-181-691 | Irving Rhinoceros (Zoo Collection) |
| VA 2-143-776 | Jaguar, Lexi |
| VAu 1-395-558 | Joanne Sea Otter |
| VA 2-149-257 | Jungle Baby Plush Stackers |
| VA 2-143-782 | Koala Kirk |
| VA 2-204-399 | Lemur Collection |
| VA 2-127-222 | Light Purple Calico Cat Charlotte |
| VAu 1-395-555 | Liv the Teal Leopard |
| VA 2-173-215 | Madeleine The Witch (Halloween Collection) |
| VA 2-181-726 | Maribel the Butterfly (Bugs Life Collection) |
| VAu 1-378-119 | Martine, Sleepy Eye Llama |
| VAu 1-399-149 | Target Fall Exclusive - Fairy |
| VA 2-173-109 | Morty The Monster |
| VA 2-181-702 | Nutcracker Collection |
| VA 2-173-091 | Paco The Red Parrot |
| VA 2-154-790 | Penguin With Scarf Grey (Christmas Collection) |
| VA 2-120-452 | Penguin With Scarf, Luna (Christmas Collection) |
| VA 2-205-382 | Penny the Pug |
| VA 2-187-057 | Penny The Pug (Walmart Eyes) |
| VA 2-183-937 | Perry the Dolphin (Sea Life Collection) |
| VA 2-127-224 | Pink Bunny Bop (Easter) |

| | |
|---|---|
| VA 2-189-134 | Pink Cheetah, Lori (I Heart Collection) |
| VA 2-130-212 | Pink Hedgehog With Hearts Marco |
| VA 2-120-454 | Polar Bear With Scarf, Brooke |
| VA 2-146-412 | Pumpkin, Paige (Halloween Collection) |
| VA 2-127-225 | Purple Bunny Bubbles |
| VA 2-161-597 | Purple Penguin, Elle |
| VA 2-148-804 | Purple Pink Tie Dyed Unicorn Lola |
| VA 2-143-779 | Purple Unicorn Val, Tallulah (Walmart Eyes) |
| VA 2-143-763 | Red and White Panda Penelope with 3 hearts (Walmart Eyes) |
| VA 2-120-455 | Reindeer with Scarf, Ruby |
| VA 2-181-656 | Ricky Clown Fish (Sea Life Collection) |
| VA 2-346-939 | Boba Tea Bernice |
| VA 2-183-548 | Samuel The Scarecrow (Halloween Assortment) |
| VA 2-120-453 | Santa Nick |
| VAu 1-395-556 | Sawyer Squirrel with Open Eyes |
| VA 2-064-304 | Sitting Bull Terrier |
| VA 2-064-276 | Sitting Elephant |
| VA 2-061-256 | Sitting Husky |
| VA 2-061-278 | Sitting Labrador |
| VA 2-064-289 | Sitting Lion |
| VA 2-064-303 | Sitting Monkey |
| VA 2-064-271 | Sitting St. Bernard |
| VA 2-064-288 | Sitting Tiger |
| VA 2-173-234 | Skyler The Skunk (Skunk Collection) |
| VAu 1-395-816 | Sleepy Eye Unicorn |
| VAu 1-380-500 | Sloth with Open Eyes |
| VA 2-120-665 | Snowman Manny (Christmas Collection) |
| VA 2-143-768 | Squirrel Sawyer |
| VA 2-096-021 | Squishmallow Alpaca Green |
| VA 2-093-076 | Squishmallow Alpaca Turquoise |
| VA 2-096-018 | Squishmallow Cat |
| VA 2-093-073 | Squishmallow Cow |
| VA 2-096-023 | Squishmallow Dog |
| VA 2-096-024 | Squishmallow Fox Orange |
| VA 2-096-025 | Squishmallow Fox Red |
| VA 2-096-026 | Squishmallow Frog |
| VA 2-096-028 | Squishmallow Hedgehog |
| VA 2-096-022 | Squishmallow Monkey |
| VA 2-093-064 | Squishmallow Owl Grey |
| VA 2-093-065 | Squishmallow Owl Purple |
| VA 2-093-066 | Squishmallow Panda |
| VA 2-093-068 | Squishmallow Penguin Blue |

| | |
|---|---|
| VA 2-093-069 | Squishmallow Penguin Pink |
| VA 2-093-070 | Squishmallow Pig |
| VA 2-093-072 | Squishmallow Sloth |
| VA 2-093-075 | Squishmallow Unicorn Purple |
| VA 2-096-020 | Squishmallow Unicorn Turquoise |
| VA 2-173-229 | Stacy The Squid |
| VAu 1-378-254 | Sunny Bee with Open Eyes |
| VA 2-183-864 | Sunny The Bee (Bugs Life Collection) |
| VAu 1-378-268 | Tally the Grey Gat with Open Eyes |
| VAu 1-379-887 | Teresa the Grey Unicorn with Rainbow Bangs |
| VA 2-143-769 | Theo Tie Dye Unicorn Stackable |
| VA 2-143-784 | Tiger Tina |
| VAu 1-379-884 | Tito the Toucan |
| VAu 1-379-885 | Tracey the Zebra with Hot Pink Hair |
| VAu 1-395-560 | Tristan Triceratops with Open Eyes |
| VA 2-181-708 | Tristan Triceratops (Zoo Collection) |
| VA 2-186-008 | Trudy Ladybug (Bugs Life Collection) |
| VA0 2-154-787 | Turquoise Owl Winston |
| VAu 1-395-559 | Veronica Octopus with Open Eyes |
| VA 2-143-760 | White Cat Kate |
| VA 2-143-785 | White Spotted Eye Dog Charlie |
| VA 2-147-034 | Wolf With Scarf Tilman |
| VA 2-182-063 | Zachary (Zach) The Zombie (Halloween Collection) |
| VA 2-145-811 | Duff Dog with Love (Walmart Eyes) |
| VA 2-183-928 | Milo the Mummy |
| VAu 1-399-153 | Target Fall Assortment - Laying Dog Squishmallow |
| VAu 1-399-132 | Target Fall Assortment - Laying Unicorn |
| VAu 1-399-689 | Target Fall Exclusive - Laying Caticorn |
| VAu 1-399-148 | Target Fall Assortment - Laying Dragon Squishmallow |
| VAu 1-399-131 | Target Fall Exclusive - Yeti |
| VAu 1-399-158 | Target Fall Exclusive - Unicorn with Glasses |
| VAu 1-399-136 | Target Fall Exclusive - Arctic Wolf |
| VAu 1-399-134 | Target Fall Exclusive - Blue Sloth |
| VA 2-346-938 | Axolotl Archie |
| VA 2-347-058 | Cheeseburger Carl |
| VA 2-347-337 | Pink Donut Dabria |
| VA 2-347-347 | Mushroom Malcolm |
| VA 2-347-348 | S'mores Carmelita |
| VA 2-347-621 | Mint Chocolate Sundae Maya |
| VA 2-347-718 | Burrito Bernardo |
| VA 2-348-287 | Apple Ashley |
| VA 2-348-289 | Strawberry Scarlet |

| | |
|---|---|
| VA 2-351-866 | Green Cactus Maritza |
| VA 2-351-646 | Purple TD Alien Daxxon |
| VA 2-352-495 | Black Panther Xiomara |
| VA 2-351-865 | Dalmatian Dog Dustin |
| VA 2-352-975 | Pink Planet Zuzana |
| VA 2-346-940 | Avocado Toast Sinclair |

| Registration No. | Trademark |
|---|---|
| 5,454,574 | SQUISHMALLOW |
| 6,396,417<br>6,457,232<br>6,980,672<br>7,127,516<br>7,127,517<br>7,139,833 | SQUISHMALLOWS |
| 6,654,108 | SQUISHMALLOWS HUG MEES |
| 6,296,587 | SQUISHVILLE |
| 6,577,928 | SQUISHVILLE |
| 6,540,582 | SQUISH-DOOS |
| 6,714,096 | SQUEEZE MALLOWS |
| 6,740,270 | SLEEP A MALLOWS |
| 6,137,521 | FLIP A MALLOWS |
| 7,054,403 | FUZZ A MALLOWS |
| 6,290,504 | MICROMALLOWS |
| 5,962,289 | MYSTERY SQUAD |
| 6,396,414 | SQUISHVILLE BY ORIGINAL SQUISHMALLOWS |

| Registration No. | Trademark |
|---|---|
| 6,396,439 | Squishville by Original Squishmallows |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the SQUISHMALLOWS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Squishmallows product or not

8

      authorized by Plaintiff to be sold in connection with the SQUISHMALLOWS Trademarks;

b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Squishmallows Copyrighted Works in any manner without the express authorization of Plaintiff;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Squishmallows product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the SQUISHMALLOWS Trademarks and/or the Squishmallows Copyrighted Works;

d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

e. further infringing the SQUISHMALLOWS Trademarks and/or the Squishmallows Copyrighted Works and damaging Plaintiff's goodwill; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the SQUISHMALLOWS

9

       Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear unauthorized copies the Squishmallows Copyrighted Works.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon") ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), and DHgate.com ("DHgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the SQUISHMALLOWS Trademarks and/or which bear unauthorized copies of the Squishmallows Copyrighted Works.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for use of counterfeit SQUISHMALLOWS Trademarks on products sold through at least the Defaulting Defendants' Online Marketplaces.

4. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Squishmallows Copyrighted Works.

5. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, Temu, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, AliExpress, Wish.com, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, DHgate, Temu, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

7. All monies, up to the above identified statutory damages award in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, AliExpress, Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and

Third Party Providers, including PayPal, eBay, Alipay, Alibaba, AliExpress, Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8. Until Plaintiff has have recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, Temu, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, Temu, and Amazon Pay, shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases or Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 4 to the Declaration of Jeremy Padawer, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts to Plaintiff's as partial payment

> of the above-identified damages within seven (7) calendar days of receipt of this Order.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 4 to the Declaration of Jeremy Padawer and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns, & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

Dated: March 13, 2024            Entered:

_____
John Robert Blakey
United States District Judge

Kelly Toys Holdings, LLC v. duoyouduoshangmaoyouxiangongsi, et al. - Case No. 23-cv-15309

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=ASFISLAX57X03 | duoyouduoshangmaoyouxiangongsi |
| 2 | DISMISSED | DISMISSED |
| 3 | amazon.com/sp?seller=A37NWIDKACIX9H | East Meets West Boutique |
| 4 | amazon.com/sp?seller=A2M63X46B1DL6R | Enbia Charms |
| 5 | amazon.com/sp?seller=A125YGRNVPW5QS | FENGNY |
| 6 | DISMISSED | DISMISSED |
| 7 | amazon.com/sp?seller=ARZTIR90T37U6 | Flyker-us |
| 8 | DISMISSED | DISMISSED |
| 9 | amazon.com/sp?seller=A14UFSM6YAO6OR | gongqingus |
| 10 | DISMISSED | DISMISSED |
| 11 | amazon.com/sp?seller=A120I2G34WBXBM | guang zhou yin rui shang mao you xian gong si |
| 12 | amazon.com/sp?seller=A3SKB12AX00AZW | GUAN-RUNHAO |
| 13 | amazon.com/sp?seller=A3PB70QZGGM9SY | gyong |
| 14 | ebay.com/usr/biutrong5 | biutrong5 |
| 15 | ebay.com/usr/cytu4458 | cytu4458 |
| 16 | DISMISSED | DISMISSED |
| 17 | ebay.com/usr/de_xin668 | de_xin668 |
| 18 | ebay.com/usr/gendr9695 | gendr9695 |
| 19 | ebay.com/usr/hangma63 | hangma63 |
| 20 | ebay.com/usr/hefeipenjuan | hefeipenjuan |
| 21 | ebay.com/usr/house-of-hope | house-of-hope |
| 22 | ebay.com/usr/irenestore18 | irenestore18 |
| 23 | ebay.com/usr/luckysmile8998 | kangming521 |
| 24 | ebay.com/usr/kathri9139 | kathri9139 |
| 25 | ebay.com/usr/kinggoodsus | kinggoodsus |
| 26 | ebay.com/usr/liangyichun | liangyichun |
| 27 | DISMISSED | DISMISSED |
| 28 | ebay.com/usr/liubind2 | liubind2 |
| 29 | ebay.com/usr/luke093 | luke093 |
| 30 | ebay.com/usr/lushanlove98 | lushanlove98 |
| 31 | ebay.com/usr/lynlove68 | lynlove68 |
| 32 | DISMISSED | DISMISSED |
| 33 | ebay.com/usr/mingsheng60 | mingsheng60 |
| 34 | ebay.com/usr/nhattr3595 | nhattr3595 |

| | | |
|---|---|---|
| 35 | ebay.com/usr/oxsc6j2zo | oxsc6j2zo |
| 36 | ebay.com/usr/pingkurongk | pingkurongk |
| 37 | DISMISSED | DISMISSED |
| 38 | ebay.com/usr/qianqia_0 | qianqia_0 |
| 39 | ebay.com/usr/qingtupo | qingtupo |
| 40 | ebay.com/usr/sinuoway002 | sinuoway002 |
| 41 | DISMISSED | DISMISSED |
| 42 | ebay.com/usr/smith-12023 | smith-12023 |
| 43 | DISMISSED | DISMISSED |
| 44 | ebay.com/usr/tdtfc811 | tdtfc811 |
| 45 | ebay.com/usr/urytbs | urytbs |
| 46 | ebay.com/usr/weitie-0 | weitie-0 |
| 47 | ebay.com/usr/willspacehon0 | willspacehon0 |
| 48 | ebay.com/usr/xinmeiaitrad_0 | xinmeiaitrad_0 |
| 49 | ebay.com/usr/ytwrqt | ytwrqt |
| 50 | ebay.com/usr/zhang-2778 | zhang-2778 |
| 51 | ebay.com/usr/zhenlishop | zhenlishop |
| 52 | DISMISSED | DISMISSED |
| 53 | temu.com/aligra-home-living-museum-m-2781070450970.html | Aligra Home Living Museum |
| 54 | temu.com/lsyee-m-728398676438.html | Alphabet Lore |
| 55 | temu.com/art-marker-set-home-m-315019518741.html | Art Marker Set home |
| 56 | DISMISSED | DISMISSED |
| 57 | DISMISSED | DISMISSED |
| 58 | DISMISSED | DISMISSED |
| 59 | DISMISSED | DISMISSED |
| 60 | DISMISSED | DISMISSED |
| 61 | temu.com/cocofa-m-4488287417474.html | Cocofa |
| 62 | temu.com/m-4919178280218.html | Cuddlyplushie |
| 63 | DISMISSED | DISMISSED |
| 64 | DISMISSED | DISMISSED |
| 65 | DISMISSED | DISMISSED |
| 66 | temu.com/funelle-mother-and-baby-toy-m-5561445288643.html | Funelle mother and baby toy |
| 67 | temu.com/ganghuai-m-3600208409604.html | ganghuai |
| 68 | temu.com/hayzbao-ui-m-4882437245623.html | Hayzbao UI |
| 69 | DISMISSED | DISMISSED |
| 70 | DISMISSED | DISMISSED |
| 71 | temu.com/kowsi-m-27060698851.html | KOWSi |
| 72 | temu.com/yoholab-online-m-740519764205.html | KOWSi PLUSH |
| 73 | temu.com/luckybear-m-3998990173311.html | luckyBear |

| | | |
|---|---|---|
| 74 | temu.com/mammykiss-m-4119905978153.html | MAmmykiss |
| 75 | temu.com/nbbxyz-m-4904962870587.html | NBBXYZ |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED |
| 79 | temu.com/sbos-exclusive-shop-m-47566708434.html | SBOS exclusive shop |
| 80 | temu.com/siyutzdm-sticker-m-3596238151063.html | SIYUTZDM Sticker |
| 81 | temu.com/sktty-m-634418209309403.html | sktty |
| 82 | temu.com/m-634418210611405.html | skttys |
| 83 | DISMISSED | DISMISSED |
| 84 | temu.com/spluhosos-m-5004112888561.html | SPLUHOSOS |
| 85 | temu.com/m-634418210626628.html | Stardust Dolls |
| 86 | DISMISSED | DISMISSED |
| 87 | temu.com/toy-fun-park-m-140642191414.html | Toy Fun Park |
| 88 | temu.com/wish-better-m-6213180461968.html | Wish better |
| 89 | temu.com/wymerge-m-69910226092.html | WYMerge |
| 90 | DISMISSED | DISMISSED |
| 91 | DISMISSED | DISMISSED |
| 92 | temu.com/zinefebao-m-2524698358088.html | ZiNeFeBao |
| 93 | DISMISSED | DISMISSED |
| 94 | DISMISSED | DISMISSED |
| 95 | DISMISSED | DISMISSED |
| 96 | DISMISSED | DISMISSED |
| 97 | DISMISSED | DISMISSED |
| 98 | DISMISSED | DISMISSED |
| 99 | DISMISSED | DISMISSED |
| 100 | DISMISSED | DISMISSED |
| 101 | wish.com/merchant/5ae5776d9bda4e2976c4e4b6 | bobo87 |
| 102 | wish.com/merchant/5d5122697edfad1fc00b13cb | Extraordinary lucky |
| 103 | wish.com/merchant/607d1c5cc68624c784b661da | Harry Popo |
| 104 | wish.com/merchant/5d5e56b6273678246014ba8d | lanhai0066 |
| 105 | wish.com/merchant/5f894f62c00a03a60b8a4b77 | liguoduong |
| 106 | wish.com/merchant/5f6c398af26ccda3b2429228 | liling8 |
| 107 | wish.com/merchant/5d53bc6c40defd0232466572 | Linqinqin23 |
| 108 | wish.com/merchant/57a88a8ab294df18836fcbc7 | mmfashionbuy |